United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTION, | No. C 09-02866 WDB |
| Plaintiff, | **ORDER OF REASSIGNMENT** |
| v. | |
| SERGIO SANTANA GUZMAN, ET AL., | |
| Defendants. | |

    The above-captioned action was assigned randomly upon filing to the Undersigned. Due to the Undersigned's retirement on October 2, 2009, and in order to avoid imposing unnecessary delays on the parties, IT IS HEREBY ORDERED that the Clerk of the Court randomly reassign this action to another judge of this Court.

    The deadlines previously set by the Court are hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 1, 2009

WAYNE D. BRAZIL
United States Magistrate Judge