UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,   No. C 09-02866 JCS

       Plaintiff(s),   **ORDER SETTING CASE MANAGEMENT CONFERENCE**

   v.

SERGIO SANTANA GUZMAN, ET AL,

       Defendant(s).
_____/

    IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, a Case Management Conference will be held in this case before the Honorable Joseph C. Spero on **October 2, 2009, at 1:30 p.m.,** in Courtroom A, 15th floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by lead trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

    IT IS FURTHER ORDERED that, within forty-five (45) days of filing the complaint, and in accordance with Civil L.R. 4-2, plaintiff shall complete service of the complaint on at least one defendant and file either a waiver of service or a certification of service of process. Failure to file the waiver of service or a certification of service will result in issuance by the Court of an Order to Show Cause why the complaint should not be dismissed for failure of prosecution.

    IT IS FURTHER ORDERED that pursuant to Civil L.R. 16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than seven (7) days before the Case Management Conference. If any party is proceeding without counsel, separate statements may be filed by each party. The Case Management Statement shall contain at least the following information:

    (1)    A brief description of the events underlying the lawsuit;

1  (2) A statement that all defendants (or third-party defendants, if any) have
2      been served, or information about when the party plans to serve all
3      remaining defendants;
4  (3) What discovery the party intends to take, including, but not limited to,
5      the identity of all persons the party intends to depose.

6  In addition, the parties must be prepared to discuss knowledgeably with the Court at the Case
7  Management Conference any of the other subjects listed in Fed.R.Civ.P. 16 or in Civil L.R. 16-14.

8  IT IS FURTHER ORDERED that **PLAINTIFF** shall at once serve copies of this Order, and
9  the attached Magistrate Judges' Uniform Standing Order for Motion Practice, on all parties to this
10 action, and on any parties subsequently joined, in accordance with Fed.R.Civ.P. 4 and 5 and Civil
11 L.R. 16-2(a). Following service, plaintiff shall file a certificate of service with the Clerk of this
12 Court.

13 Failure to comply with this Order or with the Local Rules of this Court may result in
14 sanctions, including the dismissal of the complaint or the entry of a default. See Fed.R.Civ.P. 16(f);
15 Civil L.R.
16 1-4.

18 Dated: July 10, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge

2