IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,

    Plaintiff,                   No C 09-2866 VRW

  v                             ORDER

SERGIO SANTANA GUZMAN dba TACOS
SANTANA and BESAG, INC dba TACOS
SANTANA,

    Defendants.
                               /

        On June 25, 2009, plaintiff filed its complaint against defendants.  On July 31, 2009 plaintiff moved for entry of default against defendants.  Doc #14.  On August 5, 2009, court entered default against both defendants.  Doc #15.  Plaintiff has taken no further steps toward the entry of a default judgment.

        The court concludes, based on the lengthy lapse of time, that plaintiff has abandoned or otherwise resolved its efforts to obtain a judgment against defendants herein.

        The clerk is directed to close the file and terminate all pending motions.  Any party adversely affected by the closure of this file may apply to re-open if such application is served and filed not later than July 30, 2010.

        IT IS SO ORDERED.


                                                  VAUGHN R WALKER
                                                  United States District Chief Judge